IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-CV-00140-RLV-DSC

| | |
|---|---|
| DISH NETWORK LLC, ECHOSTAR TECHNOLOGIES LLC, and NAGRASTAR LLC, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **DEFAULT JUDGMENT** |
| JEFFREY PARSONS, ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Default Judgment and Notice of Voluntary Dismissal. (Docs. 8, 11.)

Plaintiffs Dish Network LLC, EchoStar Technologies LLC, and NagraStar LLC have voluntarily dismissed Counts I and II with prejudice (Doc. 11) so that final judgment may be entered in this case pursuant to the Court's Order of May 31, 2012 (Doc. 10).

**IT IS, THEREFORE, ORDERED** that default and final judgment be **ENTERED** per the terms of the May 31 Order.

Signed: September 26, 2012

Richard L. Voorhees
United States District Judge

1